E-Filed 3/24/16

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLICATION OF MENTOR GRAPHICS CORPORATION,<br><br>Applicant. | Case No. 16-mc-80037-HRL<br><br>**INTERIM ORDER ON APPLICATION OF MENTOR GRAPHICS CORPORATION**<br><br>Re: Dkt. Nos. 1, 7 |

Mentor Graphics Corporation ("Mentor") has applied under 28 U.S.C. § 1782 for leave to obtain evidence for use in French patent proceedings. Mentor subsequently notified the court that Alain Raynaud ("Raynaud"), the man from whom Mentor seeks evidence, has objected to Mentor's application in the French proceedings.

The French tribunal's adjudication of Raynaud's objections may affect this court's adjudication of Mentor's application. Mentor shall therefore file additional status reports, as necessary, to promptly update this court on new developments in the adjudication of Raynaud's objections.

**IT IS SO ORDERED.**

Dated: 3/24/16

HOWARD R. LLOYD
United States Magistrate Judge